JOHN DINKEL, APPELLANT, v. COUNTY OF HUDSON, RESPONDENT.

Argued February 9, 1928—Decided May 14, 1928.

For the appellant, *Richard McAghon.*

For the respondent, *Thomas F. Meehan.*

660

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.